## FAUBUS, GOVERNOR OF ARKANSAS, *v.* AARON ET AL.

No. 458.   Decided December 14, 1959.*

*Thomas Harper* and *Walter L. Pope* for appellant in No. 458.

*Bruce Bennett,* Attorney General of Arkansas, and *Ben J. Harrison,* Chief Assistant Attorney General, for appellants in No. 471.

*Wiley A. Branton* and *Thurgood Marshall* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE WHITTAKER would note probable jurisdiction.

---

*Together with No. 471, *State Board of Education et al.* v. *Aaron et al.,* also on appeal from the same Court.